UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSALINE F. LAROCHE,

        Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-3163 (NG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUN 1 8 2007 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable Nina Gershon, United States District Judge, having been filed on June 15, 2007, denying defendant's motion for judgment on the pleadings, for the reasons stated on the record on June 14, 2007; granting plaintiff's motion for judgment on the pleadings; and remanding the case to the Commissioner solely for the calculation of benefits based upon a disability onset date of June 16, 2004; it is

        ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied, for the reasons stated on the record on June 14, 2007; that plaintiff's motion for judgment on the pleadings is granted; and that the case is remanded to the Commissioner solely for the calculation of benefits based upon a disability onset date of June 16, 2004.

Dated: Brooklyn, New York
       June 15, 2007

s/RCH
ROBERT C. HEINEMANN
Clerk of Court